```
 1  Michael R. Williams, State Bar No. 192222
    mwilliams@bmkattorneys.com
 2  Ali Matin, State Bar No. 268452
    amatin@bmkattorneys.com
 3  BIENERT, MILLER & KATZMAN, PLC
    903 Calle Amanecer, Suite 350
 4  San Clemente, California 92673
 5  Telephone (949) 369-3700
    Facsimile (949) 369-3701
 6
 7  Attorneys for Plaintiffs:
    Colton Capital Corporation,
 8  Colton Real Estate Group, and
 9  Colton Properties, Inc.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON CAPITAL CORPORATION, a California corporation, COLTON REAL ESTATE GROUP, a California corporation, and COLTON PROPERTIES, INC. a California corporation,<br><br>    Plaintiff<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York insurance corporation, RLI INSURANCE COMPANY, an Illinois insurance corporation, TWIN CITY FIRE INSURANCE COMPANY, an Indiana insurance corporation, and RSUI INDEMNITY COMPANY, a New Hampshire insurance corporation,<br><br>    Defendants | Case No. 8:15-cv-01094-CJC<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUANCE OF HEARING ON MOTION FOR PROTECTIVE ORDER [DKT 35]** |

PLEASE TAKE NOTICE that a settlement has been reached in this action, subject to documentation. Plaintiffs expect to file a stipulation for dismissal of all claims against all defendants pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii) within thirty (30) days of this Notice of Settlement.

Plaintiffs therefore request that the Court continue the hearing and all associated briefing deadlines on the Motion for Protective Order filed by Colton Capital Corporation [Dkt 35], presently set for hearing on November 1, 2016, to the next available hearing date on the Court's calendar on or after December 1, 2016.

DATED: October 7, 2016         BIENERT, MILLER & KATZMAN, PLC

By: _____
Michael R. Williams
Attorneys for Plaintiffs

---

1
PLAINTIFFS NOTICE OF SETTLEMENT AND REQUEST FOR
CONTINUANCE OF MOTION HEARING

## PROOF OF SERVICE

That I am a citizen of the United States and am a resident or employed in Orange County, California; that my business address is 903 Calle Amanecer, Suite 350, San Clemente, California 92673; that I am over the age of 18 and not a party to the above-entitled action.

That I am employed by a member of the United States District Court for the Central District of California and at whose direction I caused service of: **NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUANCE OF HEARING ON MOTION FOR PROTECTIVE ORDER [DKT 35]** on the interested parties as follows:

[X]  **BY ELECTRONIC MAIL:** by electronically filing the foregoing with the Clerk of the District Court using its ECF System pursuant to the Electronic Case Filing provision of the United States District Court General Order and the E-Government Act of 2002, which electronically notifies said parties in this case:

| | |
|---|---|
| Susan K. Sullivan, Esq.<br>Beth E. Yoffie, Esq.<br>SEDGWICK LLP<br>801 South Figueroa St., 19th Floor<br>Los Angeles, CA 90017<br>Tel. (213) 426-6900<br>susan.sullivan@sedgwicklaw.com<br>beth.yoffie@sedgwicklaw.com<br><br>Attorneys for Defendant<br>Zurich American Insurance Company | Dean C Burnick<br>Michael D. Prough<br>MORISON& PROUGH, LLP<br>2540 Camino Diablo, Suite 100<br>Walnut Creek, CA 94597<br>Tel. (925) 937-9990<br>dcb@morisonprough.com<br>MDP@morisonprough.com<br><br>Attorney for Defendant<br>RLI Insurance Company |
| David A. Tartaglio, Esq.<br>Laura K. Kim, Esq.<br>MUSICK PEELER & GARRETT LLP<br>One Wilshire Building<br>624 South Grand Avenue, Suite 2000<br>Los Angeles, CA 90017<br>Tel. (213) 629-7705<br>d.tartaglio@mpglaw.com<br>l.kim@mpglaw.com<br><br>Attorneys for Defendant<br>RSUI Indemnity Company | Dean B. Herman, Esq.<br>HERMAN & LEE, LLP<br>19201 Sonoma Hwy, Suite 413<br>Sonoma, CA 95476<br>Tel. (415) 870-7075<br>dean@hermanandlee.com<br><br>Attorneys for Defendant<br>Twin City Fire Insurance Company |

[X] **BY MAIL** - I deposited such envelope in the mail at San Clemente, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Clemente, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE** - I caused such envelope to be delivered by a process server employed by   Name of process service company  .

[ ] **VIA FACSIMILE-** I faxed said document, to the office(s) of the addressee(s) shown above at their stated facsimile numbers, and the transmission was reported as complete and without error.

[ ] **BY ELECTRONIC TRANSMISSION** - I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

[ ] **BY OVERNIGHT DELIVERY** - I deposited such envelope for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing packages for overnight delivery by   Name of Company  . They are deposited with a facility regularly maintained by   Name of Company   for receipt on the same day in the ordinary course of business.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on October 7, 2016, at San Clemente, California.

                                        /s/ Michele Ueda
                                        Michele Ueda