IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON CAPITAL CORPORATION, a California corporation, COLTON REAL ESTATE GROUP, a California corporation, and COLTON PROPERTIES, INC. a California corporation,<br><br>     Plaintiff<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York insurance corporation, RLI INSURANCE COMPANY, an Illinois insurance corporation, TWIN CITY FIRE INSURANCE COMPANY, an Indiana insurance corporation, and RSUI INDEMNITY COMPANY, a New Hampshire insurance corporation,<br><br>     Defendants | Case No. 8:15-cv-01094-CJC<br><br>**ORDER (1) VACATING PRIOR ORDER DISMISSING CASE WITHOUT PREJUDICE; AND (2) DISMISSING CASE WITH PREJUDICE** |

ORDER OF DISMISSAL

The Court, having considered Plaintiff Colton Capital Corporation, Colton Real Estate Group, and Colton Properties, Inc.'s Request for Dismissal, and for good cause shown,

**IT IS HEREBY ORDERED THAT**:

1. The Court's prior order dismissing the action without prejudice is vacated; and
2. The action, including all claims and defenses herein, is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: November 15, 2016

_____
Hon. Cormac J. Carney
United States District Judge

354439-1

---

1

ORDER OF DISMISSAL